Marian J. SULLIVAN and Wayne Sullivan, her husband, Petitioners,

v.

Michael R. ZERNICH, M.D., and Medical Center Of Beaver County a/k/a The Medical Center Of Beaver, Pa., Inc., Respondents.

Supreme Court of Pennsylvania.

Aug. 11, 1998.

*ORDER*

**PER CURIAM:**

AND NOW, this 11th day of August, 1998 the petition for allowance of appeal is GRANTED; the order of the Superior Court is REVERSED; and the matter is REMANDED to the Court of Common Pleas of Beaver County for further proceedings consistent with this court's opinion in *Jacobs v. Halloran*, —— Pa. ——, 710 A.2d 1098 (1998).

SAYLOR, J., did not participate in the consideration or decision of this matter.